IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| OPERATIVE PLASTERERS' AND CEMENT MASONS' LOCAL #18 ANNUITY FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) | |
| vs. | ) | No. |
| J. P. PHILLIPS, INC., | ) ) ) | |
| Defendant. | ) | |

**CERTIFICATE OF INTEREST**

The undersigned, counsel of record for Plaintiffs, OPERATIVE PLASTERERS' AND CEMENT MASONS' LOCAL #18 ANNUITY FUND, OPERATIVE PLASTERERS' AND CEMENT MASONS' LOCAL #18 PENSION FUND and CEMENT MASONS LOCAL #18, AREA #539 APPRENTICESHIP AND TRAINING FUND, furnished the following in compliance with Standing Order CDIL of this Court.

a) OPERATIVE PLASTERERS' AND CEMENT MASONS' LOCAL #18 ANNUITY FUND, OPERATIVE PLASTERERS' AND CEMENT MASONS' LOCAL #18 PENSION FUND and CEMENT MASONS LOCAL #18, AREA #539 APPRENTICESHIP AND TRAINING FUND

b) Not applicable.

c) CAVANAGH & O'HARA
William K. Cavanagh
Michael W. O'Hara
Patrick J. O'Hara
James P. Moody
John T. Long
Britt W. Sowle

DATED this 5th day of October 2006

Respectfully submitted,
OPERATIVE PLASTERERS' AND

1

CEMENT MASONS' LOCAL #18
ANNUITY FUND, OPERATIVE
PLASTERERS' AND CEMENT
MASONS' LOCAL #18 PENSION FUND
and CEMENT MASONS LOCAL #18,
AREA #539 APPRENTICESHIP AND
TRAINING FUND,
Plaintiffs,


By:    s/ James P. Moody
      JAMES P. MOODY
      **CAVANAGH & O'HARA**
      407 East Adams
      P. O. Box 5043
      Springfield, IL 62705
      Telephone: (217) 544-1771
      Facsimile: (217) 544-5236
      jim@cavanagh-ohara.com