# United States District Court

CENTRAL **DISTRICT OF** ILLINOIS

OPERATIVE PLASTERERS' AND CEMENT
MASONS' LOCAL #18 ANNUITY FUND, et al.,
    Plaintiffs,

**v.**

J. P. PHILLIPS, INC.,
    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    06-3232

TO: (Name and address of defendant)    *PERSONAL SERVICE ONLY*

Timothy Cullinan, Registered Agent
J. P. Phillips, Inc.
3220 Wolf Road
Franklin Park, IL 60131
(847) 288-0008

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James P. Moody
CAVANAGH & O'HARA
407 E. Adams Street
P. O. Box 5043
Springfield, IL 62705
(217) 544-1771

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters                                October 13, 2006
CLERK                                           DATE

s/M. Stewart
(BY) DEPUTY CLERK