IN THE CIRCUIT COURT OF

Operative Plasterers' and Cement; Masons' Local #18 Annuity Fund, et al.   |
|
Plaintiff(s)    | Court No.: 06-3232
|
VS.    |
|
J. P. Phillips Inc.    |
|
Defendant(s)    |

**AFFIDAVIT OF SPECIAL PROCESS SERVER**

_David Dahl_, being first duly sworn on oath, deposes and says that he/she was appointed by the court to serve process in the above mentioned cause and/or is a special appointed process server, a licensed private investigator, and/or an employee/agent of Excel Investigations, Department of Professional Regulation number 117-000898.

Type of Process: Corporation Summons and Complaint

Defendant to be served: J. P. Phillips, Inc., c/o Timothy Cullinan-Reg. Agent

SERVED/NON-SERVED the within named defendant on: _12-5-06 @ 12:38_ AM/**PM**

ADDRESS WHERE ATTEMPTED OR SERVED: 3220 Wolf Rd.
Franklin Park, Illinois 60131

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Age _30_  Gender M **F**  Race _Cau_  Height _5'4"_  Weight _125-150_  Hair _Brown_  Glasses Y **N**

_____ **INDIVIDUAL SERVICE** by delivering to the within named defendant a copy of this process personally. The defendant confirmed that she/he resides at the above address.

_____ **SUBSTITUTE SERVICE** by leaving a copy of this process at his/her usual place of abode with: _____,
(Relationship): _____, a person residing therein who is the age of 13 years or upwards confirmed the defendant resides at the above address and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____.

_X_ **CORPORATE OR GOVERNMENT SERVICE** by leaving a copy of this process with _Bridget Willacky_,
(Title) _Office Manager_, a person authorized to accept service and informed that person of the contents thereof.

_____ **POSTED**

_____ **NON-SERVICE** for the reason that after diligent investigation found

Additional Comments

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

Subscribed and sworn before me on this _____ day of
_December_, 2006

OFFICIAL SEAL
BETH L MCMASTER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/02/08

Signature of Process Server

**SIGNATURES REDACTED**

Job ID: 199536

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

CENTRAL _____ DISTRICT OF _____ ILLINOIS

OPERATIVE PLASTERERS' AND CEMENT
MASONS' LOCAL #18 ANNUITY FUND, et al.,
   Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:   06-3232

J. P. PHILLIPS, INC.,
   Defendant.

TO: (Name and address of defendant)   *PERSONAL SERVICE ONLY*
Timothy Cullinan, Registered Agent
J. P. Phillips, Inc.
3220 Wolf Road
Franklin Park, IL 60131
(847) 288-0008

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

   James P. Moody
   CAVANAGH & O'HARA
   407 E. Adams Street
   P. O. Box 5043
   Springfield, IL  62705
   (217) 544-1771

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| s/John M. Waters | October 13, 2006 |
|---|---|
| CLERK | DATE |

s/M. Stewart

(BY) DEPUTY CLERK