E-FILED
Thursday, 21 December, 2006  11:05:38 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| OPERATIVE PLASTERERS' AND CEMENT MASONS' LOCAL #18 ANNUITY FUND, OPERATIVE PLASTERERS' AND CEMENT MASONS' LOCAL #18 PENSION FUND and CEMENT MASONS' LOCAL #18, AREA #539 APPRENTICESHIP AND TRAINING FUND, | ) ) ) ) ) ) ) | Civil Action NO. 06-CV-3232 |
| Plaintiffs, | ) | |
| vs. | ) ) | |
| J.P. PHILLIPS, INC., | ) ) | |
| Defendant. | ) | |

### ENTRY OF APPEARANCE

NOW COMES, Stanley E. Niew of Berglund & Niew, P.C., and enters his appearance as counsel of record for the Defendant, J.P. PHILLIPS, INC.

I certify that I am admitted to practice in this Court.

                 J. P. PHILLIPS, INC.

            BY: /s/ Stanley E. Niew
                Stanley E. Niew, 02053721

Stanley E. Niew
BERGLUND & NIEW, P.C.
900 Jorie Blvd., Suite 122
Oak Brook, Illinois 60523
(630) 990-0234