# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| OPERATIVE PLASTERERS' AND CEMENT MASONS' LOCAL #18 ANNUITY FUND, OPERATIVE PLASTERERS' AND CEMENT MASONS' LOCAL #18 PENSION FUND and CEMENT MASONS' LOCAL #18, AREA #539 APPRENTICESHIP AND TRAINING FUND, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) | Civil Action |
| vs. | ) ) | NO. 06-CV-3232 |
| J.P. PHILLIPS, INC., | ) ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for J.P. Phillips, Inc., an Illinois Corporation, Defendant, furnishes the following in compliance with Rule 11.3 of this Court:

    1.    Full name of every party represented by the undersigned counsel: J.P. Phillips, Inc., an Illinois Corporation.

    2.    If such party or amicus is a corporation:

    2(a)    J.P. Phillips, Inc. has no parent corporation.

    2(b)    J.P. Phillips, Inc. has no corporate stockholders which are publicly held companies owning 10% or more of the stock of the company.

3. Berglund & Niew, P.C. has appeared for the above listed Defendant.

                                  J. P. PHILLIPS, INC.

                              BY:   /s/ Stanley E. Niew
                                        Stanley E. Niew, 02053721

Stanley E. Niew
BERGLUND & NIEW, P.C.
900 Jorie Blvd., Suite 122
Oak Brook, Illinois 60523
(630) 990-0234

J:\C-Drive\WPDOCS\JP PHILLIPS\SPRINGFIELD MATTER\Certificate of Interest.wpd