# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| OPERATIVE PLASTERERS' AND CEMENT MASONS' LOCAL #18 ANNUITY FUND, OPERATIVE PLASTERERS' AND CEMENT MASONS' LOCAL #18 PENSION FUND and CEMENT MASONS' LOCAL #18, AREA #539 APPRENTICESHIP AND TRAINING FUND, | |
| Plaintiffs, | Civil Action NO. 06-CV-3232 |
| vs. | |
| J.P. PHILLIPS, INC., | |
| Defendant. | |

## AGREED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD

NOW COMES the Defendant, J.P. PHILLIPS, INC., an Illinois Corporation, by and through its attorney, Stanley E. Niew of BERGLUND & NIEW, P.C., and for its Motion to Extend Time to Answer OR Otherwise Plead, states as follows:

1. Defendant was served with the Complaint on December 5, 2006, making the original deadline for filing December 26, 2006.

2. Defendant seeks to extend the time to answer or otherwise plead to January 12, 2007 to allow the parties to attempt to resolve this matter without resorting to further litigation.

3. Plaintiffs' attorney, James Moody, indicated that he has no objection to this Motion.

WHEREFORE, Defendant moves this Honorable Court to extend the time for it to Answer or otherwise plead to Plaintiffs' Complaint to and through January 12, 2007, and for such other relief deemed just and equitable.

Dated:   December 21, 2006

                                      Respectfully submitted,

                                      BERGLUND & NIEW, P.C.

                       BY:        /s/ Stanley E. Niew
                                      Stanley E. Niew, 02053721

Stanley E. Niew
BERGLUND & NIEW, P.C.
900 Jorie Blvd., Suite 122
Oak Brook, Illinois 60523
(630) 990-0234

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the followng:

James P. Moody
Cavanagh & O'Hara
407 East Adams
P.O. Box 5043
Springfield, IL 62705

Dated this 21st day of December, 2006.

By:      /s/ Stanley E. Niew
             Stanley E. Niew, 02053721


Stanley E. Niew
BERGLUND & NIEW, P.C.
900 Jorie Blvd., Suite 122
Oak Brook, Illinois 60523
(630) 990-0234

J:\C-Drive\WPDOCS\JP PHILLIPS\SPRINGFIELD MATTER\Agreed Motion to Extend Time to Answer or Otherwise Plead.wpd