E-FILED
Friday, 26 January, 2007  02:13:55 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| OPERATIVE PLASTERERS' AND CEMENT MASONS' LOCAL #18 ANNUITY FUND, OPERATIVE PLASTERERS' AND CEMENT MASONS' LOCAL #18 PENSION FUND and CEMENT MASONS LOCAL #18, AREA #539 APPRENTICESHIP AND TRAINING FUND,<br><br>           Plaintiffs,<br>vs.<br><br>J. P. PHILLIPS, INC.,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No. 06-CV-3232<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION TO STRIKE**
**DEFENDANT'S MOTION TO DISMISS**

NOW COME Plaintiffs, OPERATIVE PLASTERERS' AND CEMENT MASONS' LOCAL #18 ANNUITY FUND, *et al.*, by and through its attorneys, Cavanagh & O'Hara, and move this Court to strike the Defendant's Motion to Dismiss due to violations of CDIL-LR 7.1(B)(1). In further support of this Motion, Plaintiffs state as follows:

1.    The Local Rules require that every motion raising a question of law shall be accompanied by a memorandum of law. CDIL-LR 7.1(B)(1). In violation of this Rule, the Defendant did not file a motion and separate memorandum of law.

For these reasons, Plaintiffs request the Court to strike the Defendant's Motion to Dismiss.

Respectfully submitted,

                            OPERATIVE PLASTERERS' AND CEMENT MASONS' LOCAL #18 ANNUITY FUND, *et al.*,
                            Plaintiffs,

                            By:    s/ James P. Moody

JAMES P. MOODY
**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL  62705
Telephone:  (217) 544-1771
Facsimile:  (217) 544-5236
jim@cavanagh-ohara.com

CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of January, 2007, I electronically filed the forgoing Plaintiffs' Motion to Strike Defendant's Motion to Dismiss with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stanley E. Niew
Berglund & Niew, P.C.
900 Jorie Blvd., Suite 122
Oakbrook, Illinois 60523

Dated this 26th day of January 2007.

By:     s/ James P. Moody
JAMES P. MOODY
**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL  62705
Telephone:  (217) 544-1771
Facsimile:  (217) 544-5236
jim@cavanagh-ohara.com
