## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| OPERATIVE PLASTERERS' AND CEMENT MASONS' LOCAL #18 ANNUITY FUND, OPERATIVE PLASTERERS' AND CEMENT MASONS' LOCAL #18 PENSION FUND and CEMENT MASONS' LOCAL #18, AREA #539 APPRENTICESHIP AND TRAINING FUND, ) ) ) ) ) ) ) Plaintiffs, ) vs. ) ) J.P. PHILLIPS, INC., ) ) Defendant. ) | Civil Action NO. 06-CV-3232 |

**CERTIFICATE OF SERVICE**

I hereby certify that on this **30th** day of **March, 2007**, I electronically filed the foregoing *Motion to Dismiss* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James P. Moody
Cavanagh & O'Hara
407 East Adams
P.O. Box 5043
Springfield, IL 62705

Dated this 30th day of March, 2007.

By:     /s/ Stanley E. Niew
            Stanley E. Niew

Stanley E. Niew
BERGLUND & NIEW, P.C.
900 Jorie Blvd., Suite 122
Oak Brook, Illinois 60523
(630) 990-0234
02053721