IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| OPERATIVE PLASTERERS' AND CEMENT MASONS' LOCAL #18 ANNUITY FUND, OPERATIVE PLASTERERS' AND CEMENT MASONS' LOCAL #18 PENSION FUND and CEMENT MASONS' LOCAL #18, AREA #539 APPRENTICESHIP AND TRAINING FUND, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action NO. 06-CV-3232 |
| vs. | ) ) | |
| J.P. PHILLIPS, INC., | ) ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this **30th** day of **March, 2007**, I electronically filed the foregoing

*Memorandum in Support of Defendant's Motion to Dismiss* with the Clerk of the Court using

the CM/ECF system which will send notification of such filing to the following:

James P. Moody
Cavanagh & O'Hara
407 East Adams
P.O. Box 5043
Springfield, IL 62705

Dated this 30th day of March, 2007.

By:  /s/ Stanley E. Niew
  Stanley E. Niew

Stanley E. Niew
BERGLUND & NIEW, P.C.
900 Jorie Blvd., Suite 122
Oak Brook, Illinois 60523
(630) 990-0234
02053721