# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| OPERATIVE PLASTERERS' AND CEMENT MASONS' LOCAL #18 ANNUITY FUND, OPERATIVE PLASTERERS' AND CEMENT MASONS' LOCAL #18 PENSION FUND and CEMENT MASONS' LOCAL #18, AREA #539 APPRENTICESHIP AND TRAINING FUND, | Civil Action NO. 06-CV-3232 |
| Plaintiffs, | |
| vs. | |
| J.P. PHILLIPS, INC., | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on this **5th** day of **September, 2007**, I electronically filed the foregoing *Answer to Complaint, Affirmative Defenses and Third-Party Complaint* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James P. Moody
Cavanagh & O'Hara
407 East Adams
P.O. Box 5043
Springfield, IL 62705

Dated this 5th day of September, 2007.

By:     /s/ Stanley E. Niew
                Stanley E. Niew

Stanley E. Niew
BERGLUND & NIEW, P.C.
900 Jorie Blvd., Suite 122
Oak Brook, Illinois 60523
(630) 990-0234
02053721