E-FILED
Tuesday, 18 September, 2007 05:09:49 PM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____CENTRAL_____ District of _____ILLINOIS_____

Operative Plasterers' and Cement Masons' Local #18 Annuity Fund, Operative Plasterers' and Cement Masons' Local #18, Pension Fund and Cement Masons Local #18, Area #539 Apprenticeship and Training Fund,
    Plaintiffs
v
JP Phillips, Inc.
    Defendant.
-----------------
JP Phillips, Inc.
v.
    Third-Party Plaintiff
Operative Plasterers' and Cement Masons International Association of the United States and Canada AFL-CIO #18,
    Third-Party Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 06-3232

TO: (Name and address of Defendant)

 Operative Plasterers' and Cement Masons International Association of
 the United States and Canada, AFL-CIO Local #18
 400N. E. Jeferson St.
 Peoria, Illinois 61603

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

 Berglund & Niew, PC
 900 Jorie Blvd.
 Suite 122
 Oak Brook, Illinois 60523

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ JOHN M WATERS           9-12-07
CLERK                 DATE
s/ B HANSEN
(By) DEPUTY CLERK