E-FILED
Wednesday, 26 September, 2007 09:51:44 AM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__CENTRAL__ District of __ILLINOIS__

Operative Plasterers' and Cement Masons' Local #18 Annuity Fund, Operative Plasterers' and Cement Masons' Local #18, Pension Fund and Cement Masons Local #18, Area #539 Apprenticeship and Training Fund,
    Plaintiffs

v

JP Phillips, Inc.
    Defendant.

JP Phillips, Inc.
v.
Operative Plasterers' and Cement Masons International Association of the United States and Canada AFL-CIO #18,
    Third-Party Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 06-3232

Third-Party Plaintiff

TO: (Name and address of Defendant)

    Operative Plasterers' and Cement Masons International Association of
    the United States and Canada, AFL-CIO Local #18
    400N. E. Jeferson St.
    Peoria, Illinois 61603

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Berglund & Niew, PC
    900 Jorie Blvd.
    Suite 122
    Oak Brook, Illinois 60523

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

John M Waters      9-12-07
CLERK      DATE

BHansen
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                  *Signature of Server*

                           _____
                                *Address of Server*

[Stamp, upside down:] PEORIA COUNTY SHERIFF'S OFFICE  2007 SEP 19 P 12:22  PEORIA CO COURTHOUSE  PEORIA IL 61602

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# COUNTY OF PEORIA - OFFICE OF THE SHERIFF

# Michael D. McCoy

| 324 MAIN STREET | ROOM B-20 | PEORIA COUNTY COURTHOUSE | PEORIA, ILLINOIS 61602-1374 | (309)672-6040 |

## CORPORATION

### RETURN OF SERVICE

STATE OF ILLINOIS - COUNTY OF PEORIA    CASE # 06-00-03232    0708850

I HAVE THIS 20TH DAY OF SEPTEMBER, 2007, SERVED/EXECUTED THE WITHIN COURT DOCUMENTS THEREOF WITH ANY ATTACHED SUMMONS, COMPLAINT, JUDGEMENT, AND/OR PETITION UPON OPERATIVE, PLASTERERS    AND RETTA MARKS REGISTERED AGENT, OFFICER, OR AGENT OF THE CORPORATION.

PERSON SERVED : SEX F  RACE W  AGE 057  TIME 14:18:  DATE 09/20/2007
PLACE OF SERVICE: 400    NE JEFFERSON      PEORIA    , IL
SERVICE FEE DUE : $16.83
MICHAEL D. MC COY         BY:    0405       JOHNSON, DIANE
SHERIFF OF PEORIA COUNTY

OFFICER : _Diane Johnson_____

SENT COPY: _____

### SERVICE HISTORY

09/21/2007 10:35 AM 0405 CORPORATION SERVED - REG AGENT
    *SERVICE COMPLETE*

/

NAME        Operative Plasters

ADDRESS     400 NE Jefferson

CITY  _____

LEFT WITH    *Retta Marks*
Title/Relationship

SEX  F    AGE  57    RACE  W

TIME 1418  DATE 9-20  MILES  1

CAR# _____  OFFICER  *M*
                        Badge#

10-1

COUNTY OF PEORIA - OFFICE OF THE SHERIFF

# Michael D. McCoy

| 324 MAIN STREET | ROOM B-20 | PEORIA COUNTY COURTHOUSE | PEORIA, ILLINOIS 61602-1374 | (309)672-6040 |
|---|---|---|---|---|

DATE: 09/21/2007                                              RECEIPTNO:   60161

RECEIVED FROM:
FOR ACCOUNT     07554

                                CASH
                                CHECK NO.
                                FROM PREPAID BALANCE
                                CHANGE AMOUNT

APPLIED TO: 07-08850 $,     $16.83    PFEE PAPER FEES

DEPOSIT APPLIED

RECEIVED BY: HESJ