IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| OPERATIVE PLASTERERS' AND CEMENT MASONS' LOCAL #18 ANNUITY FUND, OPERATIVE PLASTERERS' AND CEMENT MASONS' LOCAL #18 PENSION FUND and CEMENT MASONS' LOCAL #18, AREA #539 APPRENTICESHIP AND TRAINING FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> J.P. PHILLIPS, INC., <br><br> Defendant. | Civil Action <br> NO. 06-CV-3232 |

## MOTION FOR WITHDRAWAL OF CERTAIN ATTORNEYS AND CHANGE OF ADDRESS AND LAW FIRM

NOW COMES the Defendant, J. P. PHILLIPS, INC. (hereafter "JPP"), by and through its attorney, Stanley E. Niew, and moves this Court for withdrawal of certain attorneys and for change of address and law firm. In support, JPP states:

1. Attorneys G. Ryan Liska and Stanley E. Niew left the law firm of Berglund & Niew, P.C. and joined the law firm of Niew Legal Partners, P.C.

2. This file will remain with attorneys Stanley E. Niew and G. Ryan Liska at the request of JPP.

3. Attorneys Joseph P. Berglund and Kenneth M. Mastny no longer represent JPP and their appearances shall be withdrawn.

WHEREFORE, J. P. PHILLIPS, INC. prays:

1. That the appearances of Joseph P. Berglund and Kenneth M. Mastny be withdrawn; and

2.  That all subsequent notice be sent to J. P. PHILLIPS, INC.'s attorneys in care of:

> Stanley E. Niew
> G. Ryan Liska
> NIEW LEGAL PARTNERS, P.C.
> 600 Hunter Drive, Suite 310
> Oak Brook, Illinois 60523
> Ph: (630) 586-0110
> Fax: (630) 586-0120
> sniew@theniewgroup.com.

Respectfully submitted,

NIEW LEGAL PARTNERS, P.C.

By: /s/ Stanley E. Niew

Stanley E. Niew
G. Ryan Liska
NIEW LEGAL PARTNERS, P.C.
600 Hunter Drive, Suite 310
Oak Brook, Illinois 60523
Ph: (630) 586-0110
Fax: (630) 586-0120
Attorney No. 02053721