## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

OPERATIVE PLASTERERS' AND CEMENT )
MASONS' LOCAL #18 ANNUITY FUND, )
OPERATIVE PLASTERERS' AND CEMENT )
MASONS' LOCAL #18 PENSION FUND and )
CEMENT MASONS' LOCAL #18, AREA #539 )
APPRENTICESHIP AND TRAINING FUND, )
                                                                                 ) Civil Action
                                                                                 ) NO. 06-CV-3232
             Plaintiffs, )
                               )
vs. )
                               )
J.P. PHILLIPS, INC., )
             Defendant. )

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of December, 2007, I electronically filed ***Motion for Withdrawal of Certain Attorneys and Change of Address and Law Firm*** with the Clerk of United States District Court for the Central District of Illinois, Springfield Division, using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| James P. Moody | Joseph P. Berglund |
| Cavanagh & O'Hara | Kenneth M. Mastny |
| 407 East Adams | Berglund & Mastny, P.C. |
| P.O. Box 5043 | 900 Jorie Boulevard, Ste. 122 |
| Springfield, IL 62705. | Oak Brook, Illinois 60523. |

An additional copy of said document will be sent via Facsimile to Berglund & Mastny, P.C. at Fax No. (630) 990-2900.

Dated this 5th day of December, 2007.

                                                     By:    /s/ Stanley E. Niew
                                                                  Stanley E. Niew

Stanley E. Niew
NIEW LEGAL PARTNERS, P.C.
600 Hunter Drive, Suite 310
Oak Brook, Illinois 60523
Ph: (630) 586-0110
Fax: (630) 586-0120
Attorney No. 02053721