IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| OPERATIVE PLASTERERS' AND CEMENT MASONS' LOCAL #18 ANNUITY FUND, OPERATIVE PLASTERERS' AND CEMENT MASONS' LOCAL #18 PENSION FUND and CEMENT MASONS' LOCAL #18, AREA #539 APPRENTICESHIP AND TRAINING FUND,<br><br>                Plaintiffs,<br><br>vs.<br><br>J.P. PHILLIPS, INC.,<br><br>                Defendant. | Civil Action<br>NO. 06-CV-3232 |

## CERTIFICATE OF SERVICE

I hereby certify that on this **10th** day of **December , 2007**, I electronically filed the ***Defendant's Reply Brief in Support of Its Cross-Motion for Summary Judgment*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>James P. Moody
>Cavanagh & O'Hara
>407 East Adams
>P.O. Box 5043
>Springfield, IL 62705

Dated this 10th day of December, 2007.

                                                By:      /s/ Stanley E. Niew
                                                                 Stanley E. Niew

Stanley E. Niew
NIEW LEGAL PARTNERS, P.C.
600 Hunter Drive, Suite 310
Oak Brook, Illinois 60523
Ph: (630) 586-0110
Fax: (630) 586-0120
Attorney No. 2053721